Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of Pez candy dispensers the same in all material respects as those the subject of Abstract 65026, the claim of the plaintiff was sustained.

No. 65869.—Joseph F. Scott Co. v. United States, protest 59/10694 (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.   (Abstracts 64542, 64543, and 65151 followed.)

No. 65870.—Unitron Import Corp. and James G. Wiley v. United States, protest 59/2512–A (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

No. 65871.—Julius Plaut v. United States, protest 60/29226 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

No. 65872.—Kaufman & Vinson Co. v. United States, protest 325053–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the